Attorney Grievance Commission v. Susan McMillan Davis—Misc. AG No. 1—Sept. Term 2000. Per Curiam opinion filed on December 7, 2000. Ninety day suspension.

Attorney Grievance Commission v. Glen Marcus Fallin—Misc. AG No. 55—Sept. Term 1999. Per Curiam opinion filed on January 11, 2001. Indefinite suspension.